1
2
3
4
5
6
7
UNITED STATES DISTRICT COURT
8
FOR THE CENTRAL DISTRICT OF CALIFORNIA
9
WESTERN DIVISION
10

ROBERT TOROSYAN,

No. CV 18-05873-PSG (SK)

11

Petitioner,

**ORDER DISMISSING CASE**

12

v.

Honorable Steve Kim
United States Magistrate Judge

13

14
KIRSTJEN M. NIELSEN, *Secretary,*
*Department of Homeland Security*;
15
JEFFERSON B. SESSIONS, III,
*Attorney General*; THOMAS HOMAN,
16
*Immigration and Customs Enforcement*;
DAVID MARIN, *Field Office Director,*
17
*Immigration and Customs Enforcement,*
*Los Angeles,*
18

19

Respondents.

20

21 / / / /

22 / / / /

23 / / / /

24 / / / /

25 / / / /

26 / / / /

27 / / / /

28 / / / /

Based upon the Stipulation of Compromise and Settlement submitted by the parties, IT IS HEREBY ORDERED that this case is dismissed with prejudice. This Court maintains jurisdiction to consider any motion for fees and expenses pursuant to the Equal Access to Justice Act for the duration of the filing deadline set forth in 28 U.S.C. § 2412(d)(1)(B). In the event that such a motion is not filed or granted, or the parties do not otherwise reach an alternative arrangement, the parties shall bear their own fees and costs.

Dated: April 12, 2019

_____
HONORABLE STEVE KIM
United States Magistrate Judge

Presented by:

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

  /s/ Timothy D. Biché
_____
TIMOTHY D. BICHE
Assistant United States Attorney
AARON KOLLITZ
Assistant United States Attorney

Attorneys for Respondents